UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT HENLEY, | Case No. 2:16-cv-01843-MA |
| Petitioner, | ORDER |
| v. | |
| MARK NOOTH, Superintendent, Snake River Correctional Institution, | |
| Respondent. | |

**MARSH, District Judge.**

This Court GRANTS Petitioner's Motion for Voluntary Dismissal (ECF No. 28). This proceeding is DISMISSED, with prejudice. This Court DENIES a Certificate of Appealability.

IT IS SO ORDERED.

DATED this 23 day of October, 2018.

*Malcolm F. Marsh*
MALCOLM F. MARSH
United States District Judge

1 - ORDER